UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WOODY'S DINER, INC., a Michigan Corporation,<br><br>    Plaintiff,<br>v.<br><br>UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>    Defendant. | Case No. 06-10629<br><br>Hon. George Caram Steeh<br><br>Magistrate Judge Wallace Capel |

## STIPULATION AND ORDER OF DISMISSAL

United National Insurance Company and Woody's Diner, Inc. d/b/a Woody's Diner, by and through their undersigned counsel, hereby stipulate to dismissal of all claims in the captioned action, with prejudice and without costs or fees to any party.

By: *s/ Allen M. Wolf*
Allen M. Wolf (P31759)
The Wolf Law Firm PLLC
436 South Broadway Street, Suite C
Lake Orion, MI 48362
248-693-6245 / Fax: 248-693-5850
awolf@lawwolf.com
*Attorneys for Plaintiff Woody's*

Dated: May 5, 2006

By: *s/ Anita G. Fox*
Anita G. Fox (P47818)
124 West Allegan Street
Suite 1000
Lansing, Michigan 48933-1736
517-377-0837 / Fax: 517-482-0887
afox@fraserlawfirm.com
*Attorneys for Defendant United National*

Dated: May 26, 2006

**SO ORDERED** this 26th day of May, 2006.

s/George Caram Steeh
HONORABLE GEORGE CARAM STEEH

UNITED STATES DISTRICT COURT